# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS P. DU MAURIER, | ) | Case No. SA CV 12-1305 SJO (JCG) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| COUNTY OF ORANGE, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

June 7, 2013.

DATED: _____    _____

                                              HON. S. JAMES OTERO
                                      UNITED STATES DISTRICT JUDGE